# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Olga L. Bogdanov, Chapter 7 Trustee
of Amherst Technologies, LLC, et al.,
          Plaintiff

v.                                                    Civil No.   1:07-mc-11-SM

Physicians Specialty Hospital of El Paso East, L.P.,
          Defendant

## ORDER

In accordance with the Report Regarding Proposed Findings of Fact and Conclusions of

Law issued by Bankruptcy Judge J. Michael Deasy on January 9, 2007, the Plaintiff's Motion for

Default Judgment is granted.  Default judgment shall be entered against the Defendant.

          SO ORDERED.

**Date:**  February 9, 2007                    /s/ Steven J. McAulliffe

                                          United States District Judge

cc:  Olga L. Bogdanov, Esq.
     Daniel W. Sklar, Esq.
     Physicians Specialty Hospital of El Paso East, L.P., pro se
     US Bankruptcy Court - NH, Clerk
     Geraldine L. Karonis, Esq.